UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-MJ-8178-RMM

UNITED STATES OF AMERICA

v.

DANILO MARTINEZ-MARTINEZ

                              Defendant.
_____/

FILED BY SP D.C.
Apr 11, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ___ Yes  _X_ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: /s/ Emily M. Walters
_____
EMILY M. WALTERS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    098826
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 632-2929
Fax:    (561) 820-8777
Email:  emily.walters@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 24-MJ-8178-RMM |
| Danilo Martinez-Martinez | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY ____SP____ D.C.
Apr 11, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 3, 2024   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal Re-entry after deportation |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Task Force Officer, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/11/24

_____
*Judge's signature*

City and state:   West Palm Beach, FL     Ryon McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**<u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Danilo MARTINEZ-MARTINEZ, also known as Danilo LOPEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about April 3, 2024, Danilo MARTINEZ-MARTINEZ was arrested in Palm Beach County, Florida for the offenses of domestic battery by strangulation-two counts, aggravated child abuse, and touch or strike. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Danilo MARTINEZ-MARTINEZ is a native and citizen of Guatemala. Records further show that on or about September 9, 2020, Danilo MARTINEZ-MARTINEZ was ordered removed. The Order

of Removal was executed on or about November 10, 2020, whereby Danilo MARTINEZ-MARTINEZ was removed from the United States and returned to Guatemala.

5. Danilo MARTINEZ-MARTINEZ's fingerprints taken in connection with his April 3, 2024, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Danilo MARTINEZ-MARTINEZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Danilo MARTINEZ-MARTINEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Danilo MARTINEZ-MARTINEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 3, 2024, Danilo MARTINEZ-MARTINEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this \_\_11\_\_ day of April 2024.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Danilo Martinez-Martinez

**Case No**: 24-MJ-8178-RMM

Count #1
Illegal Re-entry after removal

Violation of Title 8 U.S.C. Section 1326(a)

* **Max. Term of Imprisonment: 2**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 1 year**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.